AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
JUL 1 0 2003

Republic Tobacco

v.

North Atlantic Trading Co. et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 98 C 4011

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Republic Tobacco L.P. in the amount of 8.4 million dollars for general damages and 10.2 million dollars for punitive damages for a total amount of 18.6 million dollars.

Michael W. Dobbins, Clerk of Court

Date: 7/8/2003

Alyce Mobley-Morris, Deputy Clerk